**Order filed September 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00656-CV
_____

### In the Interest of A.L., M.L., and J.Y.R., Children

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2010-06710J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue  Appellant's brief was due **September 17, 2012.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM